# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Farlis Almonte (1)

CASE NUMBER   25-mj-01411-BLM-BJC

**ABSTRACT OF ORDER**

Booking No.  68740511

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  4/8/2025

the Court entered the following order:

| | |
|---|---|
| ☒ | Defendant be released from custody. |
| | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| ☒ | Defendant released on _____ $50,000 PS _____ Bond posted. |
| | Defendant appeared in Court.  FINGERPRINT & RELEASE. |
| | Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated. |
| | Defendant sentenced to TIME SERVED, supervised release for _____ years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| | Case dismissed, charges pending in case no. |
| ☒ | Defendant to be release to Pretrial Services for electronic monitoring. |
| ☒ | Other. Defendant to be released on Wednesday, 4/9/2025, at  9:00 AM to Pretrial Services Alexa Silva - 619-798-0665. |

BARBARA L. MAJOR

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   N. Peltier  x 7099

Crim-9 (Rev. 09/23)
Original