## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 25-cr-01321-H |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Ricardo Rodriguez (2) | Booking No. 68733511 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  4/25/2025  the Court entered the following order:

☒ Defendant be released from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release.

☒ Defendant released on  $40,000 PS  Bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case dismissed.

☐ Case dismissed, charges pending in case no.

☒ Defendant to be release to Pretrial Services for electronic monitoring.

☒ Other.  Defendant to be released on Monday April 28, 2025, to PSO Cynthia Cera 619-520-8417- by 9:00 a.m. for placement on Location Monitoring.

BARBARA L. MAJOR
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by  N. Peltier  x 7099

Crim-9 (Rev. 09/23)
Original

# Natalie Peltier

| | |
|---|---|
| **From:** | Scott, Andrea (USMS)  on behalf of CAS Releases |
| **Sent:** | Friday, April 25, 2025 4:30 PM |
| **To:** | Natalie Peltier |
| **Subject:** | Read: 25-cr-01321-H-2 Ricardo Rodriguez_Abstract |
| **Attachments:** | Read: 25-cr-01321-H-2 Ricardo Rodriguez_Abstract |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.